UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO.  5:10-342-KKC

SHEILA GOODE,

PLAINTIFF

v.

**JUDGMENT**

HERITAGE HOSPICE, INC.,

DEFENDANT

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the Opinion and Order entered on March 26, 2012, the Court

hereby ORDERS and ADJUDGES as follows:

1)      The Plaintiff's FMLA claims are DISMISSED with prejudice;

2)      The Plaintiff's state law claims are DISMISSED without prejudice pursuant to 28
U.S.C. § 1367;

3)      This judgment is FINAL and APPEALABLE; and

4)      This matter is DISMISSED and STRICKEN from the active docket of the Court.

Dated this 29th day of March, 2012.



Signed By:

*Karen K. Caldwell*

**United States District Judge**